**Order entered October 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00838-CR

**CARL LEVON BURNS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76243-N**

## ORDER

Before the Court is appellant's October 26, 2017 motion for an extension of time to file his brief. We **GRANT** the motion to the extent we **ORDER** appellant's brief filed within thirty days from the date of this order.

/s/     ADA BROWN
         JUSTICE